# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

**Attorney**: Horn Wright, LLP
**Address**: 400 Garden City Plaza, Suite 500 Garden City, NY 11530

| | |
|---|---|
| LISAROSE POTTS, <br><br> *Plaintiff* <br><br> **vs** <br><br> COUNTY OF NASSAU, et al., <br><br> *Defendant* | **Index Number**: 2:26-cv-02403-SJB-LGD <br> **Client's File No.**: <br> **Court Date**: <br><br> **Date Filed**: 04/22/2026 |

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

# AFFIDAVIT OF SERVICE

**Michael R. Delcore**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **4/24/2026**, at **2:14 PM** at: **ONE WEST STREET, MINEOLA, NY 11501** Deponent served the within **Summons In a Civil Action with Rider, Complaint (Plaintiff Demands A Trial by Jury) and Civil Cover Sheet**
On: **CORRECTIONS OFFICER JOHN BARBER, in his individual capacity C/O NASSAU COUNTY ATTORNEY'S OFFICE**, Defendant therein named.

Said documents were conformed with index number and date of filing endorsed thereon.

☒ **#1 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to Judith Urso (Clerk) a person of suitable age and discretion.   Said premises is recipient's :[X] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☒ **#2 PERCEIVED DESCRIPTION**
**Gender**: Female   **Race**: White   **Color of hair**: Brown   **Glasses**: Yes
**Age**: 51 - 65 Yrs.   **Height**: 5ft 4inch - 5ft 8inch   **Weight**: 161-200 Lbs.   **Other Features**:

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☐ **#5 OTHER**

☒ **#6 MAILING**
**Michael R. Delcore** being duly sworn, deponent completed service by depositing a copy of the said documents in a postpaid properly addressed envelope, bearing the words "Personal and Confidential" by First Class mail on: **4/27/2026** to **CORRECTIONS OFFICER JOHN BARBER, in his individual capacity C/O NASSAU COUNTY ATTORNEY'S OFFICE** at **ONE WEST STREET, MINEOLA, NY 11501** in an official depository of the United States Postal Service in the State of New York. **The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.**

:

Sworn to before me on 4/28/2026

Stephanie Galligan
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau County
Commission Expires July 28, 2028

Michael R. Delcore
License #

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Attorney: Horn Wright, LLP
Address: 400 Garden City Plaza, Suite 500 Garden City, NY 11530

| | | |
|---|---|---|
| LISAROSE POTTS,<br><br><br>*VS*<br>COUNTY OF NASSAU, et al., | Plaintiff<br><br><br><br><br>Defendant | Index Number: 2:26-cv-02403-SJB-LGD<br>Client's File No.:<br>Court Date:<br><br>Date Filed: 04/22/2026 |

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

## AFFIDAVIT OF SERVICE

**Michael R. Delcore**, being sworn says:
    Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **4/24/2026**, at **2:14 PM** at: **ONE WEST STREET, MINEOLA, NY 11501** Deponent served the within **Summons In a Civil Action with Rider, Complaint (Plaintiff Demands A Trial by Jury) and Civil Cover Sheet**
On: **CORRECTIONS OFFICER JOHN BARBER, in his official capacity C/O NASSAU COUNTY ATTORNEY'S OFFICE**, Defendant therein named.

  Said documents were conformed with index number and date of filing endorsed thereon.

☒ **#1 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to Judith Urso (Clerk) a person of suitable age and discretion.   Said premises is recipient's :[X] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☒ **#2 PERCEIVED DESCRIPTION**
Gender: Female    Race: White    Color of hair: Brown    Glasses: Yes
Age: 51 - 65 Yrs.    Height: 5ft 4inch - 5ft 8inch    Weight: 161-200 Lbs.    Other Features:

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☐ **#5 OTHER**

☒ **#6 MAILING**
**Michael R. Delcore** being duly sworn, deponent completed service by depositing a copy of the said documents in a postpaid properly addressed envelope, bearing the words "Personal and Confidential" by  First Class mail on:  **4/27/2026** to **CORRECTIONS OFFICER JOHN BARBER, in his official capacity C/O NASSAU COUNTY ATTORNEY'S OFFICE** at **ONE WEST STREET, MINEOLA, NY 11501** in an official depository of the United States Postal Service in the State of New York. **The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.**

:

Sworn to before me on 4/28/2026

_____
Stephanie Galligan
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau
County
Commission Expires July 28, 2028



_____
Michael R. Delcore
License #

*Court Support, Inc., 265 Post Ave #150, Westbury, NY 11590 License #1382542-DCA*